AO 240A (Rev. 01/09) Order to Proceed Without Prepaying Fees or Costs

United States District Court
Southern District of Texas
**ENTERED**
August 03, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Michael Palma | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:20-mc-2206 |
| Harris County Appraisal District, et al | ) |
| *Defendant* | ) |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

   **IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☑ Granted:

   The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

   The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

   This application is denied for these reasons:


Date:  08/03/2020

*George C. Hanks Jr* (signature)
*Judge's signature*

George C Hanks, Jr - United States District Judge
*Printed name and title*